1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

JOHN A. JAMIESON,                    )        1:06cv1432 OWW DLB
10                                   )
                                     )
11          Plaintiff,               )        ORDER GRANTING
                                     )        EXTENSION OF TIME
12          vs.                      )
                                     )
13   MICHAEL J. ASTRUE, Commissioner, )
                                     )
14                                   )
          Defendant.                 )
15   _____)

16      On May 7, 2007, Plaintiff filed a stipulation and proposed order to extend time for filing his

17   opening brief.  Plaintiff's request is GRANTED.  Pursuant to the agreement of the parties, Plaintiff

18   has until June 6, 2007, to file his opening brief.

19

20

21      IT IS SO ORDERED.

22      **Dated:   May 8, 2007**            /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28                                          1