HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. JAMIESON, | ) | Case No.: 1:06-CV-01432-OWW-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

        Plaintiff and Defendant, through their respective attorneys,

hereby stipulate that Plaintiff shall have a first extension of time of 30 days up through and

including Monday, August 6, 2007 in which to file his Reply Brief. This extension is

necessitated by the number of other cases Plaintiff's counsel currently has before the district

court that also require briefing.

1

STIPULATION AND ORDER

1
                                        McGREGOR W. SCOTT
2                                        United States Attorney

3                                        (verbal authorization given via
                                        telephone by Donna Anderson)
4

5   Dated: June 29, 2007               */s/ARMAND D.ROTH*
                                        ARMAND D. ROTH
6                                        Special Assistant U.S. Attorney

7

8

9   Dated: June 29, 2007               */s/HARVEY P. SACKETT*
                                        HARVEY P. SACKETT
10                                       Attorney for Plaintiff,
                                        JOHN A. JAMIESON
11

12

13

14

15

16  IT IS SO ORDERED.

17

18  Dated:          July 16, 2007      /s/ Dennis L. Beck
                                        HON. DENNIS L. BECK
19                                       U.S. Magistrate Judge

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER