# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. JAMIESON, | ) | 1:06cv01432 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 23) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On October 22, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order. After receiving an extension of time, Plaintiff filed his objections on December 5, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 22, 2007, is ADOPTED IN FULL; and

1

2.   The appeal is DENIED.  Judgment SHALL be entered in favor of Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff John A. Jamieson.

IT IS SO ORDERED.

**Dated:   December 13, 2007**                    **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE