# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. JAMIESON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | 1:06cv01432 OWW DLB<br><br>ORDER REMANDING ACTION FOR PAYMENT OF BENEFITS |

   On June 18, 2009, the Ninth Circuit Court of Appeals granted Plaintiff's appeal and instructed this Court to remand the action to the Commissioner for calculation of benefits. The Ninth Circuit issued its formal mandate on August 12, 2009.

   Accordingly, this action is REMANDED to the Commissioner for calculation of benefits. The Clerk of Court is DIRECTED to close this action

IT IS SO ORDERED.

Dated:   **August 13, 2009**　　　　　　　　　　    **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1